IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 MAR 10 PM 2:01
DEPUTY CLERK ____

| | |
|---|---|
| DATRA CHEVAILER JOHNSON, § § Petitioner, § § v. § § WILLIAM STEPHENS, Director, § Texas Department of Criminal Justice, § Correctional Institutions Division, § § Respondent. § | 2:14-CV-014 |

## ORDER ADOPTING REPORT AND RECOMMENDATION
### and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus. On February 19, 2014, the United States Magistrate Judge entered a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed for failure to comply with an order of this Court and/or failure to pay the requisite filing fee. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record, nor has the filing fee been paid in this cause.

Having made an independent examination of the record in this case, the undersigned United States District Judge hereby ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _10th_ day of _March_ 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE